MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID NIN, JOE NIN, ANA NIN, and LINDA HOPKINS, Individually and as Successors-In-Interest to the Estate of JOSE NIN, <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, <br><br>    Defendant. | No. C11-1138 PSG <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND PRETRIAL DATES AND DEADLINES** |

    Pursuant to Civil Local Rule 6-2, the parties to this action HEREBY STIPULATE AND REQUEST that the Court make the following modifications to the trial and pretrial schedule for this case. This request is made due in part to travel schedules of attorneys both for plaintiff and defendant which are likely to impair the ability of the parties to complete discovery by the current deadline.

| **Event** | **Current date** | **Proposed Date** |
|---|---|---|
| Fact discovery cutoff: | October 28, 2011 | November 30, 2011 |
| Expert disclosures: | November 10, 2011 | December 12, 2011 |
| Rebuttal expert disclosures: | December 9, 2011 | January 6, 2012 |
| Expert discovery cutoff: | December 23, 2011 | January 20, 2012 |

| | | |
|---|---|---|
| 1  Last day to file motion: | January 3, 2012 | January 31, 2012 |
| 2  Last day for motion hearing: | February 7, 2012 | March 6, 2012 |
| 3  Pretrial conference: | March 13, 2012 | April 3, 2012 |
| 4  Bench Trial: | March 26, 2012 | April 16, 2012 |

IT IS SO STIPULATED.

Respectfully submitted,

DATED: September 20, 2011

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER[1]
Assistant United States Attorney

DATED: September 19, 2011

STEBNER AND ASSOCIATES

/s/ Karman Ratliff
_____
KATHRYN A. STEBNER
KARMAN RATLIFF
Attorneys for Plaintiffs

### ~~(PROPOSED)~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __9/22/2011_____    _/s/ Paul S. Grewal_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION RE TRIAL AND PRETRIAL CONTINUANCE
C 11-1138 PSG                              2