KATHRYN A. STEBNER (SB #121088)
KARMAN RATLIFF (SB #267631)
**STEBNER AND ASSOCIATES**
870 Market Street, Suite 1212
San Francisco, CA 94102
Tel:   (415) 362-9800
Fax:   (415) 362-9801
kathryn@stebnerassociates.com
karman@stebnerassociates.com

CRAIG NEEDHAM (SB #52010)
KIRSTEN FISH (SB #217940)
**NEEDHAM, KEPNER & FISH, LLP**
1960 The Alameda, Suite 210
San Jose, CA 95126
Tel:   (408) 244-2166
Fax:   (408) 244-7815
cneedham@nkf-law.com
kfish@nkf-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID NIN, JOE NIN, ANA NIN and LINDA HOPKINS, Individually and as Successors-In-Interest to the Estate of JOSE NIN,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,,<br><br>Defendants. | No.: C11-1138-PSG<br><br>**STIPULATION EXTENDING FACT DISCOVERY CUTOFF FOR LIMITED PURPOSE OF PLAINTIFF DAVID NIN'S DEPOSITION** |

Pursuant to Civil Local Rule 6-2, the parties to this action HEREBY STIPULATE AND REQUEST that the Court make the following modification to the trial and pretrial schedule for this case. This request is made due in part to the travel schedule of plaintiff David Nin, which is likely to impair the ability of the parties to complete Mr. Nin's deposition by the current deadline.

| **Event** | **Current Date** | **Proposed Date*** |
|---|---|---|
| Fact Discovery Cutoff: | November 30, 2011 | December 16, 2011 |

The fact discovery cutoff is extended for purposes of Plaintiff David Nin's deposition only, and the

parties further stipulate that the disclosed experts will have two weeks from the date that the deposition transcript is delivered to counsel to supplement their reports regarding David Nin's testimony.

IT IS SO STIPULATED.

Dated: October 11, 2011

STEBNER AND ASSOCIATES

By: _____
KATHRYN STEBNER
KARMAN RATLIFF
Attorneys for Plaintiff

Dated: October 11, 2011

MELINDA HAAG
United States Attorney

By: _____
CLAIRE T. CORMIER
Assistant United States Attorney

## ~~(PROPOSED)~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 14, 2011

_____
PAUL S. GREWAL
United States Magistrate