MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID NIN, JOE NIN, ANA NIN, and LINDA HOPKINS, Individually and as Successors-In-Interest to the Estate of JOSE NIN,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C11-1138 PSG<br><br>STIPULATION AND [XXXXXXXXX] ORDER CONTINUING PRETRIAL DATES AND DEADLINES |

Pursuant to Civil Local Rule 6-2, the parties to this action HEREBY STIPULATE AND REQUEST that the Court make the following modifications to the pretrial schedule for this case. This request is made due in part to the recent death in the family of defendant's counsel which has impaired the parties' ability to complete depositions by the current deadline.

| Event | Current date | Proposed Date |
|---|---|---|
| Fact discovery cutoff: | November 30, 2011 | December 16, 2011[1] |
| Expert disclosures: | December 12, 2011 | December 23, 2011 |
| Rebuttal expert disclosures: | January 6, 2011 | January 20, 2012 |
| Expert discovery cutoff: | January 20, 2012 | February 3, 2012 |

---

[1] The parties agree that the fact discovery cutoff is extended only for depositions.

| | | |
|---|---|---|
| 1  Last day to file motion: | January 31, 2012 | February 14, 2012 |
| 2  Last day for motion hearing: | March 6, 2012 | March 20, 2012 |
| 3  Pretrial conference: | April 3, 2012 | unchanged |
| 4  Bench Trial: | April 16, 2012 | unchanged |

5  IT IS SO STIPULATED.

6  Respectfully submitted,

7  DATED: November 16, 2011

MELINDA HAAG
United States Attorney

CLAIRE T. CORMIER
Assistant United States Attorney

11  DATED: November 16, 2011

STEBNER AND ASSOCIATES

KATHRYN A. STEBNER
KARMAN RATLIFF
Attorneys for Plaintiffs

16  ( XXXXXXXXX ) **ORDER**

17  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18  DATED: 11/22/2011

PAUL S. GREWAL
United States Magistrate Judge

STIPULATION RE CONTINUING PRETRIAL DEADLINES
C 11-1138 PSG                                                2