MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID NIN, JOE NIN, ANA NIN, and LINDA HOPKINS, Individually and as Successors-In-Interest to the Estate of JOSE NIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C11-1138 PSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING TRIAL AND PRETRIAL DATES** |

The trial of this matter is currently scheduled to commence on April 16, 2012, and there are deadlines relating to discovery, motions, and pretrial matters prior to that date.

The parties to this action, with the assistance of the court-appointed mediator, have reached a settlement in principle. Though the parties anticipate drafting and signing a stipulation of settlement in the near future, the parties have agreed that the settlement will not be effective until February 6, 2012, which the parties believe is the day after the expiration of the statute of limitations on claims relating to the death of plaintiffs' decedent. Because the federal defendant will not request the settlement payment until that date, the final dismissal will take place some time thereafter.

//

1  In the expectation that the settlement will be finalized as currently anticipated, the parties HEREBY STIPULATE AND REQUEST that the existing trial and pretrial schedule be vacated and that the case be scheduled for a status conference in April 2012 at which time a schedule could be ordered in the unlikely event that the settlement has not been completed.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 13, 2011          MELINDA HAAG
                                  United States Attorney

                                  /s/ Claire T. Cormier
                                  _____
                                  CLAIRE T. CORMIER
                                  Assistant United States Attorney

DATED: December 13, 2011          STEBNER AND ASSOCIATES

                                  /s/ Karman Ratliff
                                  _____
                                  KATHRYN A. STEBNER
                                  KARMAN RATLIFF
                                  Attorneys for Plaintiffs

### [PROPOSED] ORDER

Pursuant to stipulation and good cause appearing, IT IS HEREBY ORDERED that the previously scheduled trial and pretrial dates and deadlines for this case are VACATED. Counsel for the parties shall appear at a status conference on Tuesday, April 24, 2012 at 2:00 p.m., unless the parties have filed a stipulation of dismissal of this action prior to that date.

DATED: Fgego dgt '37.'4233          _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge